311 Ga. 625
FINAL COPY

S20G1409.  ADAMS v. THE STATE.

ORDER OF THE COURT.

After careful consideration of the full record and the briefs of the parties and of the amici curiae, the Court has determined that the writ of certiorari issued in Case No. S20C1409 was improvidently granted. Accordingly, the writ is vacated, and the petition for certiorari in Case No. S20G1409 is denied.

*All the Justices concur.*

Ordered June 1, 2021.
Certiorari to the Court of Appeals of Georgia — 355 Ga. App. XXIV.
*Marsha W. Mignott*, for appellant.
*Tasha M. Mosley, District Attorney, Charles A. Brooks, Sr., Solicitor-General, Audrey A. Lewis, Stephanie S. Dufford, Assistant Solicitors-General*, for appellee.
*Greg A. Willis; Hunter A. Rodgers; Kimberly A.* Dymecki, amici curiae for appellant.
*Omeeka P. Loggins, Solicitor-General; Deborah M. Tatum, Assistant Solicitor-General; Robert W. Smith, Jr.; Jason R. Samuels*, amici curiae for appellee.